IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**GREG WAMBLE, CLASS REPRESENTATIVE**
**DOES 1-50; Individually and on behalf of all**
**others similarly situated**     **PLAINTIFFS**

**VERSUS**     **CIVIL ACTION NO. 2:09cv103KS-MTP**

**COUNTY OF JONES; CITY OF ELLISVILLE;**
**JONES COUNTY SHERIFF'S DEPARTMENT;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;**
**MISSISSIPPI HIGHWAY PATROL; MHP OFFICER**
**JERRY MERRILL, in his Individual and Official Capacity;**
**JONES COUNTY SHERIFF'S DEPUTIES DOES 1-50;**
**MISSISSIPPI HIGHWAY PATROL DEPUTIES DOES 1-50;**
**CITY OF ELLISVILLE POLICE OFFICER DOES 1-50**     **DEFENDANTS**

## JUDGMENT

This matter is before the court on a Motion to Dismiss the Jones County Sheriff's Department **[#8]**. The court, being fully advised in the premises and having entered a separate Order;

It is Ordered and Adjudged:

That the Motion to Dismiss **[#8]** filed on behalf of the Jones County Sheriff's Department is Granted and the plaintiffs' Complaint is dismissed with prejudice as to the Jones County Sheriff's Department.

SO ORDERED AND ADJUDGED this the 3rd day of February, 2010.

                                        *s/Keith Starrett*
                                        UNITED STATES DISTRICT JUDGE