IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

GREG WAMBLE                                                    PLAINTIFF

VS.                                                 CIVIL ACTION NO. 2:09cv103-KS-MTP

COUNTY OF JONES, CITY OF ELLISVILLE;
JONES COUNTY SHERIFF'S DEPARTMENT;
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;
MISSISSIPPI HIGHWAY PATROL, SHERIFF ALEX
HODGE, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, MISSISSIPPI HIGHWAY PATROL
OFFICER JERRY MERRILL, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY                                     DEFENDANTS

## NOTICE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANTS JONES COUNTY, MISSISSIPPI AND SHERIFF ALEX HODGE

TO:    All Counsel of Record

NOTICE IS HEREBY GIVEN that J. Lawson Hester has, this date, served in the above entitled action Defendants' Initial Disclosures of Defendants Jones County, Mississippi and Sheriff Alex Hodge.

RESPECTFULLY SUBMITTED, this the 28th day of October, 2011.

                                                    Defendant, Jones County, Mississippi and Sheriff
                                                    Alex Hodge

                                                    By Their Attorneys,
                                                    WYATT, TARRANT & COMBS, LLP


                                                    /s/ J. Lawson Hester
                                                    J. Lawson Hester

OF COUNSEL:
J. LAWSON HESTER (MB# 2394)
lhester@wyattfirm.com
MICHELLE TOLLE HIGH (MB# 100663)
mhigh@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
4450 OLD CANTON ROAD, SUITE 210
JACKSON, MS 39211
601-987-5300/phone

## CERTIFICATE OF SERVICE

I, J. Lawson Hester, the undersigned, do hereby certify that I have this day filed the foregoing instrument with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Mark T. McLeod
Mitchell H. Tyner, Sr.
Tyner Law Firm, P.A.
5750 I-55 North
Jackson, MS 39211

Wilson Minor
Special Assistant Attorney General
Civil Litigation Division
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205

Vardaman Kimball Smith, III
Bryan Nelson, P.A.
Post Office Box 18109
Hattiesburg, MS 39404

This the 28th day of October, 2011.

/s/ J. Lawson Hester
J. Lawson Hester